ACCEPTED
04-14-00913-cv
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
11/5/2015 2:02:41 PM
KEITH HOTTLE
CLERK

No. 04-14-00913-CV

**IN THE
FOURTH COURT OF APPEALS
SAN ANTONIO**

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

11/5/2015 2:02:41 PM

KEITH E. HOTTLE
Clerk

DAVID MEDRANO,
*Appellant*,

v.

FIDELITY NATIONAL TITLE INSURANCE COMPANY, SUCCESSOR BY
MERGER LAWYERS TITLE INSURANCE CORPORATION, BARCLAYS
CAPITAL REAL ESTATE INC. D.B.A. HOMEQ, AS SERVICING AGENT
FOR DEUTSCHE BANK NATIONAL TRUST COMPANY
AS TRUSTEE, ET AL,
*Appellees*.

ON APPEAL FROM THE 37TH JUDICIAL DISTRICT COURT
BEXAR COUNTY, TEXAS
CAUSE NUMBER 2008-CI-00027

**UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME TO FILE
APPELLEES' BRIEFS**

TO THE HONORABLE COURT OF APPEALS:

Appellees, Deutsche Bank National Trust Company, as Trustee under

Pooling and Servicing Agreement Dated as of June 1, 2007 Securitized Asset

Backed Receivables LLC Trust 2007-BR5 ("Deutsche Bank") and Fidelity

National Title Insurance Company, Successor by Merger with Lawyers Title

Insurance Corporation ("Fidelity"), respectfully file this unopposed joint motion for extension of time to file its Appellees' briefs.

1. Appellant David Medrano filed Appellant's brief on September 17, 2015, after obtaining three extensions of the deadline to file his brief.

2. Appellees' first briefing deadline was October 19, 2015. Appellees separately sought and received one extension until November 18, 2015, which is Appellees' current deadline.

3. After Appellees began preparing their briefs, they have determined the portions of the reporter's record requested by Appellant are not adequate for them to properly address all of the issues raised in Appellant's brief.

4. The court reporters have indicated it will take them approximately 30 days to prepare the missing portions of the record, which include 6 days of testimony of Ms. Celine Hinojosa. Appellees seek an extension until 30 days following the completion of court reporters' preparation of the missing, but necessary, portions of the reporter's record.

5. This is Appellees' second request for an extension of their briefing deadline. This motion is not filed for the purpose of delay, but to allow Appellees' counsel adequate time to prepare their brief.

6. This motion is unopposed.

For these reasons, Appellees, Deutsche Bank National Trust Company, as Trustee under Pooling and Servicing Agreement Dated as of June 1, 2007 Securitized Asset Backed Receivables LLC Trust 2007-BR5 Fidelity National Title Insurance Company, Successor by Merger with Lawyers Title Insurance Corporation, respectfully request the Court grant an extension of time to file their respective Appellees' briefs until 30 days' following the completion of the supplemental portions of the reporter's record.

Respectfully submitted,

By: */s/ Kari Robinson*
**Kari Robinson**
Texas Bar No. 24004891
klrobinson@bakerdonelson.com
**Valerie Henderson**
Texas Bar No. 24078655
vhenderson@bakerdonelson.com
Baker Donelson Bearman Caldwell &
Berkowitz, P.C.
1301 McKinney Street, Suite 3700
Houston, Texas 77010
Telephone: (713) 650-9700
Facsimile: (713) 650-9701

*Attorneys for Appellee Deutsche Bank*
*National Trust Company, as Trustee*
*Under Pooling and Servicing Agreement*
*Dated as of June 1, 2007 Securitized*
*Asset Backed Receivables LLC Trust*
*2007-BR5*

- AND -

By: */s/ Aaron M. Barton*

**Fred R. Jones**
Texas Bar No. 10886700
jones@goodelaw.com
**Aaron M. Barton**
Texas Bar No. 24059430
barton@goodelaw.com
Goode, Casseb, Jones, Riklin, Choate &
Watson, P.C.
P.O. Box 120480
San Antonio, Texas 78212
Telephone: (210) 733-6030
Facsimile: (210) 733-0330

*Attorneys for Appellee Fidelity National
Title Insurance Company, Successor by
Merger with Lawyers Title Insurance
Corporation*

## CERTIFICATE OF CONFERENCE

I, Bobbie Stratton, counsel for Deutsche Bank, certify that I conferred with counsel for Appellant on November 4, 2015, and he stated he is unopposed to the requested extension.

/s/ Bobbie Stratton
Bobbie Stratton

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2015, a true and correct copy of the foregoing was sent by facsimile, as follows:

Gregory T. Van Cleave
The Law Office of
Albert W. Van Cleave, III PLLC
1520 W. Hildebrand
San Antonio, TX 78201

Fred R. Jones
Aaron M. Barton
Goode, Casseb, Jones, Riklin, Choate & Watson, P.C.
2122 N. Main Avenue
San Antonio, Texas 78212

Thomas E. Quirk
Aaron & Quirk
Law Offices of Aaron & Quirk
8700 Crownhill Boulevard, Suite 600
San Antonio, Texas 78209

/s/ Bobbie Stratton
Bobbie Stratton